RECEIVED
IN LAKE CHARLES, LA

JAN - 4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| FLETCHER FREEMAN #93764 | CIVIL ACTION NO. 09-1867 SECTION P |
| VS. | JUDGE MINALDI |
| FEDERAL LOUISIANA LAW ENFORCEMENT | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 4 day of January, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE